04-CV-05751-ORD

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREA WOLBER,<br><br>Plaintiff,<br>v.<br>KITSAP MENTAL HEALTH SERVICES, a Washington Corporation, and ENDRE VOROS and MRS. JANE DOE VOROS and their marital community<br><br>Defendants. | No. 04-5751 RBL<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL<br><br>[PROPOSED] |

**THIS MATTER** comes before the Court by Plaintiff's Second Motion to Compel Discovery noted for July 14, 2006. The Plaintiff's motion is well taken:

Accordingly, IT IS ORDERED as follows:

1) Plaintiff's motion is **GRANTED.**

2) Defendants shall produce all documents in their possession regarding any care, treatment, or services provided to M.C. This includes his entire chart.

3) This discovery shall be produced ~~immediately~~ within five days of the date of this Order.

ORDER
Page 1 of 2

The Blankenship Law Firm, P.S.
28th Floor, Washington Mutual Tower
1201 Third Ave., #2880
SEATTLE, WA 98101
Phone: (206) 343-2700
Fax: (206) 343-2704

4) _____

_____

SO ORDERED this 19th day of July 2006.

*[signature]*

Honorable Ronald B. Leighton
United States District Court

Presented this 29th day of June 2006, by:

**THE BLANKENSHIP LAW FIRM, P.S.**

By: /s/ Scott C. G. Blankenship
Scott C.G. Blankenship
WSBA No. 21431
Garrett R. Ferencz
WSBA No. 32883
Attorneys for Plaintiff

ORDER
Page 2 of 2

The Blankenship Law Firm, P.S.
28th Floor, Washington Mutual Tower
1201 Third Ave., #2880
SEATTLE, WA 98101
Phone: (206) 343-2700
Fax: (206) 343-2704