04-CV-05751-STIP

FILED ___ LODGED
___ RECEIVED
JUL 19 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREA WOLBER, | No. 04-5751 RBL |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER TO MOVE TRIAL DATE AND CORRESPONDING DATES OTHER THAN EXPERT AND REBUTTAL WITNESS DISCLOSURES |
| v. | |
| KITSAP MENTAL HEALTH SERVICES, a Washington Corporation, and ENDRE VOROS and MRS. JANE DOE VOROS and their marital community, | |
| Defendants. | |

**WHEREAS**, the parties believe that additional time is necessary to complete discovery in an orderly and cooperative manner. Since the discovery cutoff is looming, moving the trial date and most of the deadlines associated with it would help the parties efficiently and cooperatively move the case forward. This will help facilitate cooperatively resolving discovery disputes. It will also help to minimize the need for multiple follow-up depositions, and motions for relief from the current case deadlines.

Stipulation and Order to Move Trial Date
No. 04-5751 (RBL)
Page 1 of 3

The Blankenship Law Firm, P.S.
28th Floor, Washington Mutual Tower
1201 Third Ave., #2880
SEATTLE, WA 98101
Phone: (206) 343-2700
Fax: (206) 343-2704

**WHEREAS,** the parties explored other options short of moving the trial date and due to other trial and personal commitments in this fall it was agreed that a request for a trial continuance was the only workable solution.

**WHEREAS,** the parties agree to confer within a week after the signing of this order. The parties at that time will work together to create a discovery plan, which includes the scheduling of remaining depositions and the production of remaining documents.

**WHEREAS,** a continuance could help avoid additional motion practice if the parties are allowed the time to work towards resolution and finish the remaining discovery as needed. The parties remain in dispute on several discovery issues, and it is hoped that additional time will aid in facilitating resolutions that do not require Court resources and time. Discovery is being completed in this case and both sides have been working hard towards that end.

**THEREFORE THE PARTIES RESPECTFULLY REQUEST** that the trial date be continued to Monday, April 16, 2007, and all relevant deadlines (other than expert witness disclosures) shall be moved in accordance with the new trial date.

Stipulation and Order to Move Trial Date
No. 04-5751 (RBL)
Page 2 of 3

The Blankenship Law Firm, P.S.
28th Floor, Washington Mutual Tower
1201 Third Ave., #2880
SEATTLE, WA 98101
Phone: (206) 343-2700
Fax: (206) 343-2704

1  It is so STIPULATED this 14th day of July, 2006.

2

3

4  **THE BLANKENSHIP LAW FIRM, P.S.**          **LAW OFFICES OF**

5                                                **JOHN FRANCIS KENNEDY**

6

7  /s/ Scott C.G. Blankenship                    /s/ John Francis Kennedy

8  Scott C.G. Blankenship                        John Francis Kennedy
   WSBA No. 21431                                 WSBA No. 5692
9  Garrett R. Ferencz                             Attorneys for Defendants
   WSBA No. 32883
10 Attorneys for Plaintiff

11

12

13

14  IT IS SO ORDERED this _____ day of July, 2006.

15

16

17

18                         _____
                           Honorable Ronald B. Leighton

19

20

21

22

23

24

25

26

Stipulation and Order to Move Trial Date
No. 04-5751 (RBL)
Page 3 of 3

The Blankenship Law Firm, P.S.
28th Floor, Washington Mutual Tower
1201 Third Ave., #2880
SEATTLE, WA 98101
Phone: (206) 343-2700
Fax: (206) 343-2704