HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

04-CV-05751-ORD

FILED _____ LODGED
_____ RECEIVED

FEB - 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREA WOLBER,

    Plaintiff,

v.

KITSAP MENTAL HEALTH SERVICES, a Washington Corporation, and ENDRE VOROS and MRS. 'JANE DOE' VOROS and their marital community

    Defendants.

NO. CV04-5751 RBL

STIPULATION AND
ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without costs or actual attorneys fees to any party.

DATED this 31st day of January, 2007.

LAW OFFICES OF JOHN FRANCIS KENNEDY

By: _____
JOHN FRANCIS KENNEDY, WSBA #5692
Attorney for Defendants, KITSAP MENTAL
HEALTH SERVICES, a Washington
Corporation, and ENDRE VOROS and
'JANE DOE' VOROS and their marital community

USDC CASE NO. CV04-5751 RBL
STIPULATION AND ORDER
OF DISMISSAL - 1

LAW OFFICES OF JOHN FRANCIS KENNEDY
3419 HARBORVIEW DRIVE
GIG HARBOR, WA 98332
Ph: (253) 853-6223
FAX: (253) 853-6479

E:\files\Docs\6077\Settlement Documents\Stipulation and Order of Dismissal.doc

DATED this 22nd day of ~~December, 2006~~ Jun 7.

THE BLANKENSHIP LAW FIRM

By: /s/
SCOTT C.G. BLANKENSHIP, WSBA #21431
Attorney for Plaintiff ANDREA WOLBER

## ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs or actual attorneys fees to any party.

DATED this 2d day of February, 2007 ~~December, 2006~~.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE RONALD B. LEIGHTON

*Presented by:*

LAW OFFICES OF JOHN FRANCIS KENNEDY

By: /s/
JOHN FRANCIS KENNEDY, WSBA #5692
Attorney for Defendants, KITSAP MENTAL
HEALTH SERVICES, a Washington
Corporation, and ENDRE VOROS and
'JANE DOE' VOROS and their marital community
3419 Harborview Drive
Gig Harbor, Washington 98332-2127
Phone: 253-853-6223
Fax: 253-853-6479

**USDC CASE NO. CV04-5751 RBL**
**STIPULATION AND ORDER**
**OF DISMISSAL - 2**

LAW OFFICES OF JOHN FRANCIS KENNEDY
3419 HARBORVIEW DRIVE
GIG HARBOR, WA 98332
Ph: (253) 853-6223
FAX: (253) 853-6479

E:\files\Docs\6077\Settlement Documents\Stipulation and Order of Dismissal.doc

*Approved as to Form and Content, Notice of Presentation Waived:*

THE BLANKENSHIP LAW FIRM

By: _____
SCOTT C.G. BLANKENSHIP, WSBA # 21431
Attorney for Plaintiff ANDREA WOLBER
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
Phone: 206-343-2700
Fax:    206 – 343-2704

**USDC CASE NO. CV04-5751 RBL**
STIPULATION AND ORDER
OF DISMISSAL - 3

LAW OFFICES OF JOHN FRANCIS KENNEDY
3419 HARBORVIEW DRIVE
GIG HARBOR, WA 98332
Ph: (253) 853-6223
FAX: (253) 853-6479

E:\files\Docs\6077\Settlement Documents\Stipulation and Order of Dismissal.doc